# Ademi & O'Reilly, LLP
### Attorneys at Law
## Milwaukee | Madison

Guri Ademi
Shpetim Ademi
Robert K. O'Reilly
John D. Blythin
Mark A. Eldridge
Jesse Fruchter
Ben J. Slatky
Denise L. Morris

3620 East Layton Avenue
Cudahy, Wisconsin 53110

Telephone: (414) 482-8000
Facsimile: (414) 482-8001

**July 3, 2019**

<u>*Via ECF*</u>

Hon. Nancy Joseph
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re: *Beaufrand, et al. v. Portfolio Recovery Associates, LLC*
           Case No. **18-cv-214-NJ**

Dear Judge Joseph:

    All parties in this consolidated action have reached a resolution of this action in principle. The parties are in the process of drafting and exchanging documents. The parties expect that a stipulation or unopposed motion of voluntary dismissal will be submitted to the Court shortly, and within 45 days.

    As such, Plaintiffs respectfully request that the Court not take any further action on this case. Plaintiffs also suggest that the Court close this case administratively until a stipulation or unopposed motion of dismissal with prejudice is filed.

                                  Very truly yours,
                                  ADEMI & O'REILLY, LLP


                                  /s/ John D. Blythin
                                  John D. Blythin

CC (via ECF): Avanti Bakane, attorney for Defendant